**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAJ KAREE EDGE,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0876** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| **Respondent.** | : | |

## ORDER

**AND NOW** this 18th day of February, 2026, in consideration of state prisoner Raj Karee

Edge's Petition for *Writ of Habeas Corpus* under 28 U.S.C. § 2241 (ECF No. 1), and for the

reasons explained in the accompanying Memorandum, it is **ORDERED** that, pursuant to 28

U.S.C. § 1631, the instant petition is **TRANSFERRED** to the United States Court of Appeals for

the Third Circuit to determine whether the United States District Court for the Western District

of Pennsylvania may consider the successive petition.

The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**

1